**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                 CASE NO.: 04-06326-3P3

HELEN E. MOHEAD,
     Debtor.
_____/

## MOTION FOR ORDER REQUIRING
## THE RETURN TO DEBTOR OF FUNDS HELD BY TRUSTEE

    **COMES NOW** the Debtor, HELEN E. MOHEAD, and moves this Honorable Court for entry of an Order requiring the Chapter 13 Trustee to refund to her funds held by the Trustee. In support of this motion, the Debtor would respectfully show as follows:

    1. The Debtor has successfully completed her Chapter 13 case. After the completion of the Bankruptcy Plan, her employer continued to withhold funds from her salary and send them to Douglas Neway, Trustee, even though the case had been completed.

    2. The Debtor is requesting that the Court enter an Order requiring the Trustee to refund these funds to her as they are overpayments to which the Trustee is not entitled.

    **WHEREFORE**, based on the foregoing, the Debtor requests this Court to grant this Motion and Order the Trustee to refund to her the overpaid funds forthwith.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing has been furnished electronically to Douglas Neway, Trustee, this 13th day of October, 2009.

**DATED:** October 13, 2009                               **ROBERT W. ELROD, P.A.**

                                                                 /s/ Robert W. Elrod, Jr.
                                                                  **ROBERT W. ELROD, JR.**
                                                                  Florida Bar No.: 184446
                                                                  233 East Bay Street
                                                                  1032 Blackstone Building
                                                                  Jacksonville, Florida 32202
                                                                  (904) 356-1282/Fax:356-6268
                                                                  Attorney for Debtor