UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 04-6326-BKC

IN RE:
HELEN E. MOHEAD,
    Debtor.
_____/

## NOTICE OF CHANGE OF DEBTOR'S ADDRESS

Please take notice of the new address for the Debtor, HELEN E. MOHEAD. The correct address is:

    Helen E. Mohead
    4311 Portsmouth Ave.
    Jacksonville, FL 32208

DATED: October 14, 2009

ROBERT W. ELROD, P.A.

/s/ Robert W. Elrod, Jr.
**ROBERT W. ELROD, JR.**
Florida Bar No.: 184446
233 East Bay Street
Suite 1032
Jacksonville, Florida 32202
(904) 356-1282/Fax:356-6268
Attorney for Debtor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished electronically to Douglas W. Neway, Trustee, this 14th day of October, 2009.

    /s/ Robert W. Elrod, Jr.
    **ATTORNEY**