UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:04–bk–06326–PMG
Chapter 13

Helen E. Mohead

_____Debtor(s)_____/

NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN that a preliminary hearing in this case will be held in 4th Floor Courtroom 4A , 300 North Hogan Street, Jacksonville, Florida, on November 18, 2009 at 10:00 a.m. , to consider and act upon the following matter:

Debtor's Motion For Order Requiring The Return To Debtor Of Funds Held By Trustee

and transact such other business as may properly come before the hearing.

1. The hearing may be continued upon announcement made in open Court without further notice.

2. *Appropriate Attire*. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

3. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

Dated October 22, 2009.

Lee Ann Bennett, Clerk of Court
300 North Hogan Street Suite 3–350
Jacksonville, FL 32202

Copies furnished to:
Debtor
Debtor(s)' Attorney
Trustee
US Trustee
All Interested Parties