IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: CASE NO.: 04-06326-3P3

HELEN E. MOHEAD,
    Debtor.
_____/

### ORDER ALLOWING WITHDRAWAL OF DEBTOR'S MOTION FOR ORDER REQUIRING THE RETURN TO DEBTOR OF FUNDS HELD BY TRUSTEE

For good cause shown, it is

**ORDERED** that the Debtor, HELEN E. MOHEAD, is hereby permitted to withdraw her Motion For Order Requiring The Return Of Funds Held By Trustee previously filed in this case.

DATED: November 19, 2009

Paul M. Glenn
Chief United States Bankruptcy Judge

Copies furnished to:
Debtor
Attorney for Debtor
Douglas Neway, Trustee